127 F.3d 1135
 97 Daily Journal D.A.R. 11,911
 James C. McDANIEL, Plaintiff-Appellant,
v.
APPRAISAL INSTITUTE, a Corporation Organized Under the Laws
of the State of Illinois, fka American Institute of Real
Estate Appraisers of the National Association of Realtors;
Dan W. Mahoney, Husband; Susan Mahoney, Wife; Sanders
Solot, Husband; Ruth-Jean Solot, Wife, et al., Defendants-Appellees.
 No. 94-17158.
 United States Court of Appeals,
Ninth Circuit.
 Sept. 16, 1997.
 ORDER
 
 1
 The concurring opinion, filed June 30, 1997 [117 F.3d 421], is amended as follows:
 
 
 2
 Delete the first full sentence on Slip Opinion page 7592 [117 F.3d at 424], starting with "The Institute ..." and replace it with: "The Institute only accepts between two and seven percent of its candidates, and MAI appraisers get over 90% of the commercial business in Southern Arizona."
 
 
 3
 With the above amendment, the appellant's petition for rehearing and suggestion for rehearing en banc is DENIED. The appellee's petition for rehearing is also DENIED.